**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE ELIZABETH CONDOMINIUM ASSOCIATION, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND,<br><br>*Defendant.* | CASE NO. 8:25-cv-01019-DLB |

**JOINT STATUS REPORT**

In its Order dated March 31, 2026, Dkt. 44, the Court stayed this case and directed the

parties to file a joint status report as follows:

> The parties are directed to meet and confer before the status call [on May 4, 2026,] and to file a joint status report by May 1, 2026. In their joint status report, the parties shall inform the Court whether they want to submit supplemental briefing on the impact of *NAHB*[1] and *MBIA*[2] on this case. If so, the parties shall include a proposed briefing schedule. If the plaintiffs in *NAHB* or *MBIA* have noticed appeals in either of those cases, the parties shall inform the Court in their status report whether they consent to staying this case pending resolution of the appeal.

Pursuant to that Order, the parties have conferred and now advise the Court that notices of appeal

have been filed in the *NAHB*[3] and *MBIA*[4] cases. The parties consent to staying this case pending

resolution of those appeals in the Fourth Circuit. If the case is so stayed, the parties do not wish to

---

[1] *National Association of Home Builders of the United States, et al. v. Montgomery County*, No. 8:24-cv-03024-PX (D. Maryland).

[2] *Maryland Building Industry Association, Inc., et al. v. McIlwain*, No. 8:25-cv-00113-DLB.

[3] *See* Dkt. 62 (notice of appeal), *National Association of Home Builders of the United States, et al. v. Montgomery County*, No. 8:24-cv-03024-PX (D. Maryland); *see also National Association of Home Builders of the United States, et al. v. Montgomery County*, No. 26-1449 (4th Cir.).

[4] *See* Dkt. 68 (notice of appeal), *Maryland Building Industry Association, Inc., et al. v. McIlwain*, No. 8:25-cv-00113-DLB.

1

file supplemental briefing on the impact of *NAHB* and *MBIA* at this time. Upon the resolution of those appeals, however, the parties respectfully request that they be given an opportunity to submit supplemental briefing on what effect, if any, the Fourth Circuit's decisions in those cases have on this case.

Respectfully submitted,

BAKER BOTTS L.L.P.

/s/ *Erin J. Ashbury*
Erin J. Ashbury
Chief, Division of Government Operations
Federal Bar No. 26298
erin.ashbury@montgomerycountymd.gov

Kristen J. Nunley
Assistant County Attorney
Federal Bar No. 30964
kristen.nunley@mongtomerycountymd.gov

Jacquelyn P. Allen
Assistant County Attorney
Federal Bar No. 13460
jacquelyn.allen@montgomerycountymd.gov

Attorneys for Defendant
101 Monroe Street, Third Floor
Rockville, Maryland 20850
240-777-6700

/s/ *Scott Novak*
Scott Novak (Bar Number: 31357)
700 K Street N.W.
Washington, D.C. 20001
(P) 202-639-1316
(F) 202-585-1000
scott.novak@bakerbotts.com

J. Mark Little (*pro hac vice*)
910 Louisiana Street
Houston, TX 77002
(P) 713-229-1234
(F) 713-229-1522
mark.little@bakerbotts.com

*Counsel for The Elizabeth Condominium Association, Inc., Promenade Towers Mutual Housing Corporation, Maryland Building Industry Association, Inc., National Association of Home Builders of the United States, Restaurant Law Center, and Washington Gas Light Company*

2